# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| MAHMUD SHEPPARD | NO. 25-430 |

## ORDER

**AND NOW**, this 22nd day of December 2025, upon consideration of Mahmud Sheppard's Appeal of Bail Order and Motion for Pretrial Release, (Dkt. No. 12), the Government's Response in Opposition, (Dkt. No. 14),[1] and the evidence presented at the hearing, (Dkt. No. 23), it is **ORDERED** that Sheppard's motion is **DENIED**. Sheppard will remain detained pending trial.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] While styled as a "motion," the government's filing is really a response and the Clerk of Court should remove the gavel from Dkt. No. 14.